UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARMANDO MALAGON CABRERA,

    Plaintiff,

v.                                           Case No. 3:19-cv-820-J-39MCR

BP EXPLORATION & PRODUCTION
INC. and BP AMERICA PRODUCTION
COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Rule 41(a) Stipulation of Dismissal with Prejudice (Doc. No. 26; Stipulation) filed on September 19, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 20th day of September, 2019.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record